## RICE v. STEPHENS.

No. 23447. Opinion Filed April 25, 1933.

Glasco & Ballard, for plaintiff in error.

J. S. Estes, for defendant in error.

PER CURIAM. Upon the authority of State ex rel. Bank Commissioners v. Parrish, 114 Okla. 239, 246 P. 1117, this case is reversed and remanded, with directions to grant a new trial.